

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

June 21, 2007

Mr. Charles F. Fulbruge, III, Clerk
U.S. Court of Appeals, Fifth Circuit
300 John Minor Wisdom Building
600 Camp Street
New Orleans, LA 70130

RE:     Case No. 04-051215; in the U.S. Court of Appeals, 5th Circuit
        Case Number: 05-0476; in the Supreme Court of Texas

Style:  THOMAS EUGENE NORRIS, SR. AND KAREN LYNN NORRIS
        v.
        JOHNNY W. THOMAS, TRUSTEE

Dear Mr. Fulbruge:

        The referenced cause in the Supreme Court of Texas is now final. Costs are to be determined by Rule 58.5, Texas Rules of Appellate Procedure, unless otherwise ordered by the certifying court.

        Pursuant to TEX. R. APP. P. 58.10, copies of this Court's opinions are enclosed. The record which was forwarded for use by our Court is also enclosed. Please acknowledge receipt with the form attached to the record.

                                        Sincerely,

                                        *Blake A. Hawthorne*

                                        Blake A. Hawthorne, Clerk

                                        by Gena Pelham, Deputy Clerk

Enclosures

# <u>RECORD RECEIPT</u>

Supreme Court of Texas Docket No. 05-0476

Received this date, the following record items from the Supreme Court of Texas:

1.       2 Volumes of the Record on Appeal

2.       Appellants' Brief

3.       Appellee's Brief

_____
(signature and date received)

_____
(printed name)

_____
(title)

      Please return this form in the enclosed envelope, to the Clerk, Supreme Court of Texas, Post Office Box 12248, Austin, Texas 78711-2248.